IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FREDERICK CUMMINGS,

    Plaintiff,
v.                                                        CASE NO. 1:99-cv-00110-MP

AMERICAN MEDICAL ASSOCIATES INC,
DAVID E MORRELL,

    Defendants.
_____/

## O R D E R

    Previously, in Doc. 362, the Court stayed the instant matter to allow the parties to return to state court to resolve the homestead character of the property, the priority of Cummings and Chase's lein's and any other factual matter other than the precise issue of whether the U.S. Marshal followed proper procedures in the manner in which the sale was noticed and conducted. The Court noted that it would adjudicate those narrow questions, and the ultimate issue of whether the Marshal's sale should be vacated, after the other factual issues are adjudicated by the state court.

    The Plaintiffs have now filed a status report below which reveals that the state court entered a default against Mr. Morrell because of his "willful, deliberate, contumacious" conduct

in that case. However, the state court was clear in reserving jurisdiction to deal with the issues raised by Chase, stating:

> 4.  Nothing in this Order is intended to affect the rights of Intervenor, Chase Home Finance, LLC, nor to impact, in any way, the determination of priority between Plaintiff, Cummings' interest in the property and Intervenor, Chase's, mortgage on the property. This includes Chase's position that the property was Morrell's constitutionally protected homestead at the time of the sale, or, alternatively, that the property was Morrell's homestead at the time Chase recorded its Mortgage. Chase maintains standing to raise these issues in order to protect its own interest in the property.

Doc. 386, Exh. A. In other words, the state court still needs to resolve the factual issues referred to in the undersigned's order staying this case. (Doc. 362). Accordingly, the motion at Doc. 385 is denied, and the stay and status report requirements remain in place.

    **DONE AND ORDERED** this  _13th_  day of May, 2009

                          _s/Maurice M. Paul_
                         Maurice M. Paul, Senior District Judge