IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FREDERICK CUMMINGS,

    Plaintiff,

v.                                                              CASE NO. 1:99-cv-00110-MP

AMERICAN MEDICAL ASSOCIATES INC,
CHASE HOME FINANCE LLC,
DAVID E MORRELL,

    Defendants.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 388, Motion to Compel by David E. Morrell. This matter is currently stayed, and so this motion is held in abeyance until after the stay is removed.

    **DONE AND ORDERED** this  *28th*   day of May, 2009

                                        *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge