IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FREDERICK CUMMINGS,

    Plaintiff,

v.                                        CASE NO. 1:99-cv-00110-MP

AMERICAN MEDICAL ASSOCIATES INC,
CHASE HOME FINANCE LLC,
DAVID E MORRELL,

    Defendants.

_____/

**O R D E R**

This matter came before the Court for a status conference on January 26, 2010, regarding the stay of the instant proceedings to allow state court matters to proceed. The Court has reviewed the conformed copy of the state court judgment attached to Doc. 394, as well as the notice of withdrawal of Chase Home Finance's claims, Doc. 390. From these documents, the Court concludes that this case is prepared to move forward in federal court. Accordingly, the motion at Doc. 394, to lift the stay granted by the order at Doc. 374, is granted, and the stay is lifted. The Court shall take the motion for summary judgment, Doc. 369, under advisement on February 23, 2010. The parties must file any materials they wish to be considered by that date.

    **DONE AND ORDERED** this _28th_ day of January, 2010

                            *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge